MARK GOLDROSEN, ESQ. (CSBN 101731)
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA  94103
Telephone:  (415) 565-9600
markgoldro@aol.com

Attorney for Defendant ABRAHAM ANTONIO CRUZ-ARTEAGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 22-0391-WHO |
| ) | |
| Plaintiff ) | DEFENDANTS' STATUS REPORT |
| ) | |
| vs. ) | |
| ) | |
| EDIN ISMAEL RODRIGUEZ-CARTAGENA, et. al., ) | DATE: May 25, 2023 |
| ) | TIME: 1:30 p.m. |
| Defendants. ) | COURT: Hon. William H. Orrick |
| ) | |

     The defendants jointly submit the following report in advance of the status conference scheduled for May 25, 2023, at 1:30 p.m. The defendants hoped that at the status conference they would have been able to inform the Court as to whether their cases were on track for resolution or for the setting of pretrial motions and/or jury trial. To that end, the defendants made timely requests for additional discovery from the government that would allow them to make informed decisions about how best to proceed. Unfortunately, the government is only now producing some of the requested discovery and the defense will not have enough time for meaningful review before the status conference. In addition, the government indicated today that it is opposing some discovery requests, and the defense may have to litigate these disputes before the Court.

     The discovery the government has agreed to provide, but the defense is still waiting to receive and review, includes a very large amount of telephone data and records. This discovery was requested by defendant Cruz-Arteaga on March 3, 2023 and will help the defense in evaluating the legality of the wiretap interceptions that led to the inception of this case. For the

same purpose, the defense also requested information about informants used in the case investigation and any data the government received from various intelligence agencies. The government has said it will not agree to these requests, and will provide a written response to explain its position.

The other discovery the government has agreed to provide, but the defense is still waiting to receive and review, consists of information related to the October 2021 execution of a search warrant in Oakland and the arrest of defendant Angel David Rodriguez in July 2022. The first item was requested by defendant Darwin Mancia-Murillo on April 10, 2023. The second item was requested by defendant Rodriguez some time ago.

Finally, all defendants have requested that the government provide them with draft plea agreements. At least two defendants have not yet received a plea agreement from the government.

In light of all of the above, the defendants intend to ask the court to set another status conference to allow the defendants sufficient time to review new discovery and proposed plea agreements, and then make informed decisions about how to proceed with the case.

DATED: May 23, 2023

    /s/ Mark Goldrosen  
MARK GOLDROSEN  
Attorney for Defendant  
ABRAHAM ANTONIO CRUZ-ARTEAGA

    /s/ Charles Woodson  
CHARLES WOODSON  
Attorney for Defendant  
DARWIN MANCIA-MURILLO

    /s/ Edward Swanson  
EDWARD SWANSON  
AUDREY BARRON  
Attorneys for Defendant  
Edin Ismael Rodriguez-Cartagena

    /s/ Robert Waggener  
ROBERT WAGGENER  
Attorney for Defendant  
ANGEL DAVID RODRIGUEZ